Dismissed and Memorandum Opinion filed February 23, 2006









 

Dismissed and Memorandum Opinion filed February 23,
2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01249-CR

____________

 

RENOIR DONYALE
WARNER, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
228th District Court

Harris County,
Texas

Trial Court Cause No.
1018393

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty, without an agreed
recommendation as to punishment,  to
driving while intoxicated.  On January
26, 2006, this Court abated the appeal and ordered a hearing to determine
whether appellant was indigent and entitled to appointed counsel on
appeal.  On February 2, 2006, the trial
court conducted the hearing, and the record of the hearing was filed in this
court on February 14, 2006.








At the hearing, appellant, who was represented by trial
counsel, testified that he wished to withdraw his notice of appeal.  Appellant has not filed a written request to
withdraw the notice of appeal, however.  See
Tex. R. App. P. 42.2.  Based upon the record from the abatement
hearing, we find good cause exists to suspend the requirement for a written
motion.  See Tex. R. App. P. 2.  Because this Court has not delivered an
opinion, we grant appellant=s request to withdraw his notice of appeal.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed February 23, 2006.

Panel consists of
Chief Justice Hedges and Justices Yates and Guzman.  

Do not publish C Tex.
R. App. P. 47.2(b).